IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ETHAN S. PARKER,                )
                                )
            Plaintiff,           )
                                )
    v.                           )      1:23-cv-766
                                )
WELLS FARGO BANK, N.A,           )
                                )
            Defendant.           )

## ORDER

On April 25, 2024, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 22, 23.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 22), is **ADOPTED. IT IS FURTHER ORDERED** Plaintiff's "Motion for Preliminary Injunction," (Doc 4), is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that Defendant's "Motion to Compel Arbitration and Stay Proceedings," (Doc 10), is **GRANTED,** and this action is **STAYED** until arbitration has occurred in accordance with the terms of the parties' arbitration agreement.

The parties shall file a joint report of arbitration every one-hundred and twenty (120) days until arbitration is complete, or further order of this court.

This the 8th day of July, 2024.

                                           /s/ William L. Osteen, Jr.
                                           United States District Judge